**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 6, 2023**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00397-CV

---

## MONIQUE MANDELL, LANEASE FULLER AND DEBRA JENNINGS, Appellants

## V.

## AMERICAN NATIONAL BANK & TRUST, AND FATIMA BRELAND, Appellees

---

**On Appeal from the Probate Court No 3
Harris County, Texas
Trial Court Cause No. 504405-401**

---

### MEMORANDUM OPINION

This is an attempted interlocutory appeal. On June 11, 2023, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Poissant.